UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOPHIE BELINDA TURNER,<br><br>                    Petitioner,<br><br>         -v.-<br><br>JOSEPH ADAM JONAS,<br><br>                    Respondent. | 23 Civ. 8349 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an initial pretrial conference on **October 3, 2023**, at **12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Petitioner and Respondent are invited, but not required, to appear for the conference in their individual capacities, with the option to proceed remotely with permission of the Court.

Dated:    September 22, 2023
         New York, New York

                                              _____
                                                KATHERINE POLK FAILLA
                                                United States District Judge