**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SOPHIE BELINDA TURNER** | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:23-cv-08349-KPF |
| **JOSEPH ADAM JONAS** | * | |
| Respondent. | * | |

* * * * * * * * * * * * *

**INTERIM CONSENT ORDER**

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq*.**

Before the Court is the Verified Petition for Return of Children to England (the "Petition") filed by the Petitioner, Sophie Belinda Turner (the "Mother"). The responsive pleading of the Respondent, Joseph Adam Jonas (the "Father") is not yet due. This Interim Consent Order makes no determination on the merits of the Petition, or on either party's respective claims and defenses, and is entered without prejudice to either party's position. Upon the consent of both parties, as indicated by the signatures of their respective counsel below, it is:

**ORDERED**, that the Mother and Father are prohibited from removing their two children, WRJ, born in 2020, and DMJ, born in 2022 (collectively, the "children"), or causing the children to be removed from the jurisdictions of the United States District Courts for the Southern & Eastern Districts of New York pending further order of this Court.

Dated this _____ day of _____, 2023.

_____
District Judge
United States District Court for the
  Southern District of New York

**APPROVED AS TO FORM AND CONTENT**:

/s/ Matthew T. Wagman
Matthew T. Wagman, Bar No. 794922
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202
(410) 385-3859
mwagman@milesstockbridge.com

Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice Pending*
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8374
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*

/s/ Richard Min
Richard Min
Michael Banuchis
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Ste. 2821
New York, New York 10170
(212) 681-6400
rmin@gkmrlaw.com
mbanuchis@gkmrlaw.com

Jeremy D. Morley
Law Office of Jeremy D. Morley
230 Park Avenue
Third Floor West
New York, New York 10169
(212) 372-415
jmorley@international-divorce.com

*Attorneys for Respondent*