IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SOPHIE BELINDA TURNER** | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:23-cv-08349-KPF |
| **JOSEPH ADAM JONAS** | * | |
| Respondent. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF SERVICE

I, Kelly A. Powers, hereby depose and say as follows:

1. I am over the age of eighteen (18), I am competent to be a witness, and I have personal knowledge of the facts and matters stated in this Affidavit.

2. I am *pro hac vice* counsel for the Petitioner. I am not a party to this matter.

3. On September 22, 2023, I served the following process on the Respondent: (A) Summons in a Civil Action (Doc. No. 5); (B) Verified Petition for Return of Children to England (Doc. No. 1); (C) Civil Cover Sheet (Doc. No. 2); (D) proposed Summons in a Civil Action (Doc. No. 3); (E) Motion for Admission *Pro Hac Vice* (Stephen J. Cullen) (Doc. No. 4); (F) Order for Initial Pretrial Conference (Doc. No. 6); (G) Order for Admission *Pro Hac Vice* (Stephen J. Cullen) (Doc. No. 7); and (G) Motion for Admission *Pro Hac Vice* (Kelly A. Powers) (Doc. No. 8).

4. On September 22, 2023, Richard Min, Esquire, who represents the Respondent, confirmed in advance that he would accept service by email on behalf of the Respondent. A copy of the email correspondence between the parties' respective counsel relating to service of process is attached hereto as **Exhibit A** and incorporated herein.

5. I therefore served the process on Mr. Min, on behalf of the Respondent, on September 22, 2023 at 12:11 p.m. See **Exhibit A**.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON OCTOBER 2, 2023.**

_____
Kelly A. Powers
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8375
(410) 773-9102 (fax)
kpowers@milesstockbridge.com

Sworn to before me this 2nd
day of October 2023
_____
Notary Public



AMANDA NALAELIMA PALMA
Notary Public, District of Columbia
My Commission Expires 4/30/2027

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2023, a copy of the foregoing Affidavit of Service was electronically filed, and that it is available for viewing and downloading from the ECF system by all counsel of record.

/s/ Kelly A. Powers
Kelly A. Powers