UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOPHIE BELINDA TURNER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOSEPH ADAM JONAS, ) <br> ) <br> Respondent, ) <br> ) | Case No. 23-cv-08349 (KPF) <br><br> **CONSENT ORDER** |

This Consent Order is made pursuant to of the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. § 9001 *et seq.*, and with the express consent and agreement of both parties, as evidenced by the signatures of their respective counsel. It is therefore this \_\_\_\_ day of _____, 2023, by the United States District Court for the Southern District of New York, hereby:

1. **ORDERED,** that all proceedings and deadlines in this action shall be stayed pending further order of this Court; and it is further

2. **ORDERED,** that all previously scheduled trial dates and court appearances in this action are hereby vacated.

**IT IS SO ORDERED** this _____ day of _____, 2023.

_____
United States District Judge
United States District Court
for the Southern District of New York

**APPROVED AS TO FORM AND CONTENT**:

/s/Stephen J. Cullen
───────────────────────
Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice*
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8375
(410) 773-9102 (fax)
scullen@milesstockbridge.com

/s/Matthew T. Wagman
───────────────────────
Matthew T. Wagman, Bar No. 794922
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202
(410) 385-3859
mwagman@milesstockbridge.com

*Attorneys for Petitioner*

/s/Richard Min
───────────────────────
Richard Min
Michael Banuchis
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Ste. 2821
New York, New York 10170
(212) 681-6400
rmin@gkmrlaw.com
mbanuchis@gkmrlaw.com

Jeremy D. Morley
Law Office of Jeremy D. Morley
230 Park Avenue
Third Floor West
New York, New York 10169
(212) 372-415
jmorley@international-divorce.com

*Attorneys for Respondent*