IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SOPHIE BELINDA TURNER** | * | |
|     Petitioner, | * | |
| v. | * | Case No. 1:23-cv-08349-KPF |
| **JOSEPH ADAM JONAS** | * | |
|     Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**SECOND INTERIM CONSENT ORDER**</u>

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq*.**

Before the Court is the Verified Petition for Return of Children to England (the "Petition") filed by the Petitioner, Sophie Belinda Turner (the "Mother"). The responsive pleading of the Respondent, Joseph Adam Jonas (the "Father") is not yet due. The parties are engaged in mediation with United States and United Kingdom co-mediators. The parties have reached this Second Interim Consent Order as a result of their participation in mediation, which remains ongoing. This Second Interim Consent Order makes no determination on the merits of the Petition, or on either party's respective claims and defenses, and is entered without prejudice to either party's position. Due to the ongoing and productive nature of mediation, the parties jointly request entry of this Second Interim Consent Order in anticipation of an amicable resolution of all issues being reached. Upon the consent of both parties, as indicated by the signatures of their respective counsel below, it is:

    1.    **ORDERED**, that the parties' children, WRJ, born in 2020, and DMJ, born in 2022 (collectively, the "children") shall be with the Mother from October 9, 2023 through October 21, 2023. During the children's time with the Mother, the Mother may temporarily travel with the

1

children to the United Kingdom and/or to any state in the United States of America. The Mother or the children's nanny shall bring the children to New York City on October 21, 2023; and it is further

2. **ORDERED**, that the children shall be transferred to the Father in New York City on October 21, 2023 at a time and location to be coordinated between the parties. The children shall be with the Father from October 21, 2023 through November 2, 2023. During the children's time with the Father, the Father may temporarily travel with the children to the United Kingdom and/or to any state in the United States of America. The Father or the children's nanny shall bring the children to New York City on November 2, 2023; and it is further

3. **ORDERED**, that the children shall be transferred to the Mother in New York City on November 2, 2023 at a time and location to be coordinated between the parties. The children shall be with the Mother from November 2, 2023 through November 22, 2023. During the children's time with the Mother, the Mother may temporarily travel with the children to the United Kingdom and/or to any state in the United States of America. The Mother or the children's nanny shall bring the children to New York City on November 22, 2023; and it is further

4. **ORDERED**, that the children shall be transferred to the Father in New York City on November 22, 2023 at a time and location to be coordinated between the parties. The children shall be with the Father from November 22, 2023 through December 16, 2023. During the children's time with the Father, the Father may temporarily travel with the children to the United Kingdom and/or to any state in the United States of America. The Father or the children's nanny shall bring the children to New York City on December 16, 2023; and it is further

5. **ORDERED**, that the children shall be transferred to the Mother in New York City on December 16, 2023 at a time and location to be coordinated between the parties. The children

shall be with the Mother from December 16, 2023 through January 7, 2024. During the children's time with the Mother, the Mother may temporarily travel with the children to the United Kingdom and/or to any state in the United States of America. The Mother or the children's nanny shall bring the children to New York City on January 7, 2024; and it is further

6. **ORDERED**, that if either party so requests, the other party shall fully cooperate in obtaining a mirror order of this Second Interim Consent Order in the appropriate Court in the United Kingdom; and it is further

7. **ORDERED**, that the Interim Consent Order entered by this Court on September 25, 2023 is hereby VACATED; and it is further

8. **ORDERED,** that the parties shall file, the same day as the filing of their request for entry of this Second Interim Consent Order, a joint request that all proceedings and deadlines shall be stayed pending further order of this Court; and it is further

9. **ORDERED**, that the parties shall jointly submit a status report letter to this Court on or before December 23, 2023, which shall address the status of mediation and of these proceedings.

Dated this __10__ day of __October__, 2023.
New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge

/s/ Kelly A. Powers                                   /s/ Richard Min
Stephen J. Cullen, *Pro Hac Vice*                     Richard Min
Kelly A. Powers, *Pro Hac Vice*                       Michael Banuchis
Miles & Stockbridge P.C.                              Green Kaminer Min & Rockmore LLP
1201 Pennsylvania Avenue, N.W.                        420 Lexington Avenue, Ste. 2821
Suite 900                                             New York, New York 10170

3

Washington, D.C. 20004
(202) 465-8375
(410) 773-9102 (fax)
scullen@milesstockbridge.com


<u>Matthew T. Wagman</u>
Matthew T. Wagman, Bar No. 794922
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202
(410) 385-3859
mwagman@milesstockbridge.com

*Attorneys for Petitioner*

(212) 681-6400
rmin@gkmrlaw.com
mbanuchis@gkmrlaw.com

Jeremy D. Morley
Law Office of Jeremy D. Morley
230 Park Avenue
Third Floor West
New York, New York 10169
(212) 372-415
jmorley@international-divorce.com

*Attorneys for Respondent*