**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SOPHIE BELINDA TURNER** | * | |
| **Petitioner,** | * | |
| **v.** | * | **Case No. 1:23-cv-08349-KPF** |
| **JOSEPH ADAM JONAS** | * | |
| **Respondent.** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### NOTICE OF MINOR DELAY TO INTERIM PARENTING SCHEDULE

The Petitioner, by her undersigned attorneys, respectfully gives notice to this Honorable Court that there is an unavoidable minor delay to the return of the children to New York City today in accordance with Docket Number 21. The Respondent is aware of the minor delay.

/s/ Stephen J. Cullen
Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice*
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8374
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

/s/ Matthew T. Wagman
Matthew T. Wagman, Bar No. 794922
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202
(410) 385-3859
(410) 385-3700 (fax)
mwagman@milesstockbridge.com

*Attorneys for Petitioner*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of October, 2023, a copy of the foregoing paper was electronically filed and that it is available on the Court's CM|ECF system for all counsel of record to review and download.

/s/ Stephen J. Cullen            
Stephen J. Cullen
