AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

SOPHIE BELINDA TURNER
  Plaintiff (s),
V.
JOSEPH ADAM JONAS
  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-08349-KPF

Notice is hereby given that, subject to approval by the court, SOPHIE BELINDA TURNER substitutes
(Party (s) Name)

GRETCHEN BEALL SCHUMANN, ESQ., State Bar No. 4053963 as counsel of record in
(Name of New Attorney)

place of KELLY ANN POWERS, STEPHEN JOHN CULLEN & MATTHEW T. WAGMAN, ESQS.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
  Firm Name: RABIN SCHUMANN AND PARTNERS LLP
  Address: 11 TIMES SQUARE, 10TH FLOOR, NEW YORK, NY 10036
  Telephone: (212) 512-0814    Facsimile (212) 202-6100
  E-Mail (Optional): gschumann@rsaplaw.com

I consent to the above substitution.
Date: November 21, 2023
(Signature of Party (s))

I consent to being substituted.
Date: 11/21/2023

/s/ KELLY ANN POWERS; /s/ STEPHEN J. CULLEN;
/s/ MATTHEW T. WAGMAN.
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/21/23

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: November 27, 2023
New York, New York

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]