UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SOPHIE BELINDA TURNER, | ) |
| Petitioner, | ) |
| v. | ) Case No. 23-cv-08349 (KPF) |
| JOSEPH ADAM JONAS, | ) **NOTICE OF AGREED UPON** |
| | ) **CHANGE TO SECOND** |
| Respondent, | ) <u>**INTERIM CONSENT ORDER**</u> |

The Respondent Joseph Adam Jonas, by his undersigned attorneys, respectfully gives notice to this Court that the parties have agreed to a minor change to the Second Interim Consent Order [ECF No. 21] as it relates to the date of and location of the transfer of the subject children, WRJ and DMJ, that was previously scheduled to occur on December 16, 2023 in New York City and that the new transfer will occur on December 17, 2023 in London, England.

*Richard Min*
Richard Min
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Ste. 2821
New York, New York 10170
(212) 681-6400
rmin@gkmrlaw.com

*Attorneys for Respondent*