

Bonnie E. Rabin
*Gretchen Beall Schumann
Tim James
*Lindsay R. Pfeffer
*Amanda Laird Creegan
Deirdre L. Fletcher
Matthew Rohrer
Robert Pagano, Legal Assistant
Taylor L. Anderson, Legal Assistant
*Also admitted in New Jersey

**Gretchen Beall Schumann**
212.512.0814 | gschumann@rsaplaw.com

January 5, 2024

**<u>VIA EMAIL& USDC-SDNY PACER</u>**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse, Courtroom 618
40 Foley Square
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: *Sophie Belinda Turner v. Joseph Adam Jonas*, Case No. 1:23-cv-08349-KPF

Dear Judge Failla:

      The parties jointly submit this status letter in furtherance of the joint communication of December 23, 2023.

      The parties have now submitted an agreed-upon Consent Order resolving the parenting aspects of their matter to the English Court and are awaiting the English Court's sealing of that Consent Order. The parties further represent that pending such, they will be complying the provisions of their parenting plan as set forth in the Consent Order. The parties propose to update this Court further of the status of the Consent Order and this matter as soon as a sealed copy of the Consent Order is received from the English Court.

      Respectfully,

| s/GBS | s/RM  s/MB |
|---|---|
| Gretchen Beall Schumann | Richard Min and Michael Banuchis |
| Rabin Schumann and Partners LLP | Green Kaminer Min & Rockmore LLP |
| 11 Times Square, 10th Floor | 420 Lexington Avenue, Ste. 2821 |
| New York, New York | New York, New York 10170 |
| (212) 512-0814 | (212) 681-6400 |
| gschumann@rsaplaw.com | rmin@gkmrlaw.com |
| *Attorneys for Petitioner* | mbanuchis@gkmrlaw.com |
| | *Attorneys for Respondent* |



Page | 2

Jeremy D. Morley
Law Office of Jeremy D. Morley
230 Park Avenue, 3rd Fl. West
New York, New York 10169
(212) 372-3425
jmorley@international-divorce.com
*Attorneys for Respondent*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of January, 2024, a copy of the foregoing Joint Letter was submitted to Chambers by email, filed via SDNY PACER and served on all counsel by email.

    s/GBS
_____
Gretchen Beall Schumann