## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**SOPHIE BELINDA TURNER,**          *

**Petitioner,**          *          **Case No. 1:23-cv-08349-KPF**

**v.**          *

**JOSEPH ADAMS JONAS,**          *

**Respondent.**          *



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT ORDER OF DISMISSAL WITHOUT FEES

*Whereas,* on October 8, 2023, the parties signed a Memorandum of Understanding and a Parenting Plan, *inter alia*, relating to all matters concerning the parties' two minor children, WRJ and DMJ; and

*Whereas*, in furtherance of the parties' Memorandum of Understanding, the parties signed and thereafter filed a Consent Order containing the agreed upon Parenting Plan ("Consent Order") with the Family Division of the High Court of England and Wales; and

*Whereas*, on January 11, 2024, the Family Division of the High Court of England and Wales, approved the Consent Order; and

*NOW*, in light of the foregoing, in furtherance of the parties' Memorandum of Understanding, and on consent of the parties as indicated by the signatures of their respective counsel below, it is hereby:

**ORDERED,** that the within action, Case No. 1:23-cv-08349-KPF, shall be and is hereby dismissed on consent of the parties, with prejudice, and without attorneys' fees, expenses, costs and/or disbursements awarded to either party.

Dated:      January 17, 2024          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

s/GBS

Gretchen Beall Schumann
Rabin Schumann and Partners LLP
11 Times Square, 10th Floor
New York, New York
(212) 512-0814
gschumann@rsaplaw.com
*Attorneys for Petitioner*

s/RM  s/MB

Richard Min and Michael Banuchis
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Ste. 2821
New York, New York 10170
(212) 681-6400
rmin@gkmrlaw.com
mbanuchis@gkmrlaw.com
*Attorneys for Respondent*

Jeremy D. Morley
Law Office of Jeremy D. Morley
230 Park Avenue, 3rd Fl. West
New York, New York 10169
(212) 372-3425
jmorley@international-divorce.com
*Attorneys for Respondent*